**FILED**
NOV 29 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-MJ-xx318 KJN |
| Plaintiff, | **UNDER SEAL** |
| v | ORDER SEALING CRIMINAL COMPLAINT; SEARCH WARRANTS, ARREST WARRANTS and AFFIDAVIT |
| THOMAS JAIME OROZCO, a/k/a, Tomas Jamie Orosco; JEFFREY LEWIS LAMENDOLA; and VINCENT JOSEPH CAMARILLO, a/k/a "Nick", | |
| Defendants. | |

### O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint, Search Warrants, Arrest Warrants and incorporated Affidavit and the Government's Request to Seal and this Court's Order in this case shall all be **SEALED** until further order of this Court.

**IT IS SO ORDERED.**

DATED: No, 28 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE