BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS JAIME OROZCO, ) <br> a/k/a, Tomas Jamie Orosco; ) <br> JEFFREY LEWIS LAMENDOLA; and ) <br> VINCENT JOSPEH CAMARILLO, ) <br> a/k/a, "Nick" ) <br> ) <br> Defendants. ) <br> _____) | Mag. No. 2:12-mj-00318 KJN <br><br> STIPULATION AND [PROPOSED] <br> ORDER CONTINUING <br> PRELIMINARY HEARING AND <br> EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael D. McCoy, counsel for the plaintiff United States of America, defendant Thomas Jaime OROZCO, by and through his counsel Jeffrey L. Staniels, defendant Jeffrey Lewis LAMENDOLA, by and through his counsel Dan F. Koukal, and defendant Vincent Joseph CAMARILLO, by and through his counsel Timothy E. Warriner, that good cause exists to extend the preliminary hearing currently set for December 14, 2012, at 2:00 p.m., to January 7, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

///

1

1        On November 28, 2012, the defendants were charged by Criminal
2   Complaint with various drug offenses, including conspiracy to
3   possess with intent to distribute at least 50 grams (actual) of
4   Methamphetamine, a Schedule II Controlled Substance, in violation of
5   21 U.S.C. §§ 846 and 841(a)(1), and distribution of at least 50
6   grams (actual) of Methamphetamine, in violation of 21 U.S.C. §
7   841(a)(1).  On November 30, 2012, the defendants appeared in front
8   of Magistrate Judge Edmund F. Brennan for their initial appearance.
9   At the initial appearance, Magistrate Judge Brennan set the
10  preliminary hearing for December 14, 2012.
11       The Government expects to be able to provide the defendants
12  with an initial production of discovery within the next five days.
13  This initial production of discovery is likely to consist of
14  approximately 500 pages of material. Once provided, all parties will
15  need time to review the discovery with their clients and prepare for
16  the preliminary hearing.  The parties may also need time to consider
17  a pre-indictment resolution of this matter. Because of this, good
18  cause exists to extend the time for the preliminary hearing within
19  the meaning of Rule 5.1(d).
20       The parties further stipulate that the ends of justice are
21  served by the Court excluding time from December 14, 2012, to
22  January 7, 2013, so that counsel for the defendants may have
23  reasonable time necessary for effective preparation, taking into
24  account the exercise of due diligence.  18 U.S.C. §
25  3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs
26  additional time to review the large amount of discovery that will be
27  produced, effectively evaluate the posture of the case, and consider
28  a possible pre-indictment resolution to this matter. For these

reasons, the defendants, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: December 11, 2012     /s/Michael D. McCoy
                             MICHAEL D. McCOY
                             Assistant U.S. Attorney

DATED: December 11, 2012     /s/Michael D. McCoy for Mr. Staniels
                             JEFFREY L. STANIELS
                             Counsel for defendant
                             Thomas Jaime OROZCO
                             Authorized to sign for Mr. Staniels
                             on 12-10-12

                             /s/Michael D. McCoy for Mr. Koukol
                             DAN F. KOUKAL
                             Counsel for defendant
                             Jeffrey Lewis LAMENDOLA
                             Authorized to sign for Mr. Koukal
                             on 12-10-12

                             /s/Michael D. McCoy for Mr. Warriner
                             TIMOTHY E. WARRINER
                             Counsel for defendant
                             Vincent Joseph CAMARILLO
                             Authorized to sign for Mr. Warriner
                             on 12-10-12

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. OROZCO et al</u>, Case No. 2:12-mj-00318 KJN, from December 14, 2012, to January 7, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from December 14, 2012, up to and including January 7, 2013.

**IT IS SO ORDERED.**

DATED: December 11, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE