**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. McCOY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

DEC 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Case No. 2:12-CR-451 MCE 
                                    )
              Plaintiff,            )
                                    )
         v.                         ) ORDER TO SEAL
                                    )
THOMAS JAIME OROZCO,                ) (UNDER SEAL)
   aka, Tomas Jaime Orosco;         )
JEFFREY LAWRENCE LAMENDOLA;         )
VINCENT JOSEPH CAMARILLO,           )
   aka, Nick;                       )
THEODORE ROOSEVELT OHAGEN;          )
SARAH ASHLEY TORREBLANCA;           )
LISA MICHELLE ELLIOTT;              )
   aka, Lisa Michelle Dalporto,     )
                                    )
              Defendants.           )
                                    )

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael D. McCoy to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the additional arrests of defendants or until further order of the Court.

DATED: 10/20/12

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1